# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Fintec Group, Inc.

                    Plaintiff,

v.                                       Case No.: 1:13−cv−08076
                                                    Honorable Sara L. Ellis

U.S. Bank, N.A.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 26, 2015:

      MINUTE entry before the Honorable Sara L. Ellis: At the parties' request, Status hearing set for 3/26/2015 is stricken and reset to 4/23/2015 at 1:30 PM. Parties report that they have an executed settlement agreement and will dismiss this action after payment has been received. If stipulation to dismiss is filed prior to 4/23/2015, no appearance required. If stipulation to dismiss is not filed by 4/23/2015, the parties are required to appear. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.