# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| FINTEC GROUP, INC., individually and on behalf of all others similarly situated, | Case No. 13-cv-08076 |
| Plaintiff, | Honorable Sara L. Ellis |
| vs. | Magistrate Judge Daniel G. Martin |
| U.S. BANK, N.A., | |
| Defendant. | Related case: *In re Peregrine Financial Group Customer Litigation*, 12-cv-5546 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, IT IS HEREBY STIPULATED AND AGREED by Plaintiff Fintec Group, Inc., and Defendant U.S. Bank National Association, by and through their undersigned counsel, that this action is dismissed with prejudice, with each party to bear its own costs, expenses, and attorneys' fees.

Dated: April 2, 2015

/s/ Peter W. Carter

Peter W. Carter
Eric R. Sherman
DORSEY & WHITNEY LLP
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

Steven A. Levy
Kenneth S. Ulrich
Kerry D. Nelson
GOLDBERG KOHN, LTD.
55 East Monroe Street, Suite 3300
Chicago, Illinois 60603
Telephone: (312) 201-4000

*Attorneys for Defendant U.S. Bank National Association*

Dated: April 9, 2015

/s/ Laurence M. Landsman

Laurence M. Landsman, Esq.
Alan F. Block, Esq.
Block & Landsman
33 North LaSalle, Suite 1400
Chicago, IL 60602
Telephone: (312) 251-1144

Edward T. Joyce, Esq.
Arthur W. Aufmann, Esq.
Edward T. Joyce & Associates, P.C.
135 South La Salle Street, Suite 2200
Chicago, IL 60603
Telephone: (312) 269-0276

Nicholas P. Iavarone, Esq.
The Iavarone Law Firm
33 North LaSalle Street, Suite 1400
Chicago, IL 60602
Telephone: (312) 637-9466

*Attorneys for Plaintiff Fintec Group, Inc.*

2